UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN GILMORE,<br><br>    Petitioner,<br><br>v.<br><br>RICK HILL, Warden,<br><br>    Respondent. | Case No.: 20-cv-2230-WQH-RBM<br><br>**ORDER:**<br><br>**(1) GRANTING PETITIONER'S MOTION FOR COPIES; AND**<br><br>**(2) DIRECTING THE CLERK OF COURT TO MAIL COPIES TO PETITIONER**<br><br>**[Doc. 20]** |

Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (Docs. 1, 8.) Thereafter, Petitioner filed a motion for stay pursuant to *Rhines v. Weber*, 544 U.S. 269 (2005) or *Kelly v. Small*, 315 F.3d 1063 (9th Cir. 2003). (Doc. 13.) On March 10, 2021, Respondent Rick Hill ("Respondent"), Warden of Folsom State Prison, filed a response in opposition to Petitioner's motion for stay, along with a notice of lodgment of the state court record. (Docs. 17-18.) On June 8, 2021, *nunc pro tunc*, Petitioner filed a motion alleging he has not received any opposition briefing from Respondent on his motion for stay. (Doc. 20.) The undersigned construes the June 8, 2021 motion as a request for copies of the following:

1

(1) an updated summary docket; (2) Respondent's brief in opposition to Petitioner's motion for stay (Doc. 17); and (3) Respondent's notice of lodgment of the state court record (Doc. 18).[1]

Upon due consideration, and good cause appearing, the Court **GRANTS** Petitioner's motion. The Clerk of Court is **DIRECTED** to mail copies of the following documents to Petitioner: (1) the docket sheet with summary text next to each filing; (2) Respondent's brief in opposition to Petitioner's motion for stay and abeyance (Doc. 17); and (3) Respondent's notice of lodgment of the state court record (Doc. 18).

**IT IS SO ORDERED**.

Dated: June 18, 2021

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES MAGISTRATE JUDGE

---

[1] Petitioner also renewed his motion for stay and abeyance (Doc. 13) in the June 8, 2021 motion (Doc. 20), but this Order makes no ruling as to Petitioner's motion for stay and abeyance.